UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE DALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 2:15-cv-06781-PSG-AGR<br>[Assigned to Hon. Philip S. Gutierrez]<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>DATE:　　November 9, 2015<br>TIME:　　1:30 p.m.<br>CTRM.:　　880<br>JUDGE:　　Hon. Philip S. Gutierrez |

1   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand in the above
2   captioned case is meritorious and therefore granted and that this case be remanded to
3   the Central Civil West Complex Court of the State of California, County of Los
4   Angeles before the Honorable William F. Highberger.

6   Signed and dated on this _____ day of _____, 2015.

_____
United States District Judge
Central District of California
Western Division