J. Steve Mostyn, TX SBN 00798389
jsmostyn@mostynlaw.com
Mark Sparks, SBN 296304
mark@mostynlaw.com
**THE MOSTYN LAW FIRM**
3810 W. Alabama Street
Houston, TX  77027
Tel.:   713-861-6616
Fax:   713-861-8084

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE DALE,<br><br>           Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION<br><br>           Defendant | CASE NO. 2:15-cv-06781-PSG-AJR<br>[Assigned to Hon. Philip S. Gutierrez<br><br>**DECLARATION OF MARK SPARKS IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR EXPEDITED CONSIDERATION, AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Filed concurrently with Motion and [Proposed] Order]<br><br>DATE:     November 9, 2015<br>TIME:     1:30 p.m.<br>CTRM.:   880<br>JUDGE:   Hon. Philip S. Gutierrez |

# DECLARATION OF MARK SPARKS

I, Mark Sparks, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California. I am an attorney at Mostyn Law, counsel for Plaintiff in this action. If called as a witness, I could, and would, competently testify to the following based on personal knowledge:

2. Attached hereto as Exhibit "1" is a true and correct copy of Plaintiffs' Original Complaint which was filed on July 12, 2013.

3. Attached hereto as Exhibit "2" is a true and correct copy of Remand Orders issued in *Muller, et al. v. Boston Scientific Corp. et al.*, 2:13-cv-06276 PA (RZ); *Mauck, et al. v. Boston Scientific Corp., et al.,* 2:13-cv-06343 GW (JEM); *Pate, et al. v. Boston Scientific Corp., et al.*, 2:13-cv-06321 BRO (AJW); *Howe, et al. v. Coloplast Corp.*, et al., 2:13-cv-06344 GHK (PLA); *Dekalb, et al. v. C.R. Bard, et al.*, 2:13-cv-06308 DMG (PJW); *Straughn, et al. v. American Medical Systems, Inc., et al.*, 2:14-cv-00468 JGB (SP); and *Robinson, et al. v. Johnson & Johnson, et al.*, 2:14-cv-00899 JGB (SP)).

4. Attached hereto as Exhibit "3" is a true and correct copy of Plaintiffs' Proof of Service of Summons upon Defendant Boston Scientific Corporation effectuated on on July 29, 2013.

5. Attached hereto as Exhibit "4" is a true and correct copy of Plaintiffs' Original Motion to Remand.

6. Attached hereto as Exhibit "5" is a true and correct copy of Defendant Boston Scientific Corporation's Answer to Plaintiffs' Original Complaint which was filed on November 22, 2013.

7. Attached hereto as Exhibit "6" is a true and correct copy Defendant Boston Scientific Corporation's Petition for Coordination of this matter to JCCP 4733, In Re: Transvaginal Mesh Medical Product Cases.

8. Attached hereto as Exhibit "7" is a true and correct copy of JCCP

1  4733, CMO 1, J. William Highberger, May 6, 2015.

2      9.  Attached hereto as Exhibit "8" is a true and correct copy of JCCP 4733, Joint Report for August 5, 2015 Status Conference.

4      10.  Attached hereto as Exhibit "9" is a true and correct copy of JCCP 4733, Parties Stipulation Regarding Science Day Presentations, December 9, 2014.

6      11.  Attached hereto as Exhibit "10" is a true and correct copy of Order, J. William Highberger, June 22, 2015.

8      12.  Attached hereto as Exhibit "11" is a true and correct copy of Order, J. William Highberger, August 5, 2015.

10      13.  Attached hereto as Exhibit "12" is a true and correct copy of the Remand Orders in *Buchanan v. Johnson & Johnson, et al.*, 2:15-cv-05315-PA (AGR); *Carmona v. Johnson & Johnson, et al.*, 2:15-cv-05317-PA (E); *Orsi v. Johnson & Johnson, et al.*, 2:15-cv-05371-PA (GJS); *Robinson v. Johnson & Johnson, et al.*, 2:15-cv-05382-PA (FFM); *Skelton v. Johnson & Johnson, et al.*, 2:15-cv-05385-PA (E).

16      14.  Attached hereto as Exhibit "13" is a true and correct copy of Defendant Boston Scientific Corporation's Response in Opposition to Plaintiffs' Motion to Vacate CTO-72 (Doc. #628 in MDL 2326).

19      15.  On May 29, 2014, the case was transferred from its original Central Division Los Angeles Superior Court to Central Civil West Complex Courts, where it was coordinated at the request of BSC in an ongoing Judicial Counsel Coordinated Proceeding (JCCP 4733 In Re: Transvaginal Mesh Medical Product Cases) before the Honorable William Highberger. *See* Ex. 6 (BSC's Petition for Coordination).  Subsequently, BSC moved to dismiss Plaintiffs' claims based upon the doctrine of *forum non conveniens*.  Following a lengthy hearing, Judge Highberger issued a written order denying deny BSC's motion. *See* Ex. 7 (Order Denying Motion to Dismiss, J. William Highberger).

28      16.  On May 6, 2015, Judge Highberger issued a case management order

1  (CMO 1) governing all BSC cases where BSC was the only named manufacturer
2  defendant in the case. This case falls within that "Discovery Group One" category
3  and was selected by the Court at the request of BSC and Plaintiffs to be included in
4  substantive discovery efforts for potential selection for the first wave of trials on
5  the merits. *See* Ex. 8 (JCCP 4733, CMO 1, J. William Highberger, May 6, 2015).

6      17. Following the issuance of this Order, Plaintiffs began completing and
7  providing the required Plaintiff Profile Forms (PFFs) to BSC along with copies of
8  all relevant medical records. On July 30, 2015 both BSC and Plaintiffs provided a
9  status update on the progress of these efforts and supplied the Court with a detailed
10 plan for continued discovery and trial selection protocol. *See* Ex. 9 (JCCP 4733,
11 Joint Report for August 5, 2015 Status Conference at pp. 4-11). In addition,
12 counsel for Plaintiffs and BSC provided detailed presentations to the Court on the
13 science issues related to Plaintiffs cases. *See* Ex. 10. Notably, prior to the removal
14 of this case, Plaintiff along with the each of the other Plaintiffs originating from the
15 *Muller, Mauck, Pate*, and *Edgar* cases provided interrogatory responses, PFFs, and
16 medical records to BSC.

17     18. I declare under penalty of perjury under the laws of the United States
18 of America that the foregoing is true and correct.

20 Executed September 10, 2015, at Beaumont, Texas.

                                                    Mark Sparks

**PROOF OF SERVICE**

I, the undersigned, declare that: I am over the age of 18, employed in the State of Texas and not a party to the within action. My business address is 6280 Delaware, Beaumont, Texas 77706.

On September 10, 2015 I served a copy of the foregoing document described as **DECLARATION OF MARK SPARKS IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION of ORDER DENYING PLAINTIFF'S MOTION TO REMAND AND GRANTING DEFENDANT'S MOTION TO STAY** on all interested parties in this action as follows:

X     **ELECTRONICALLY VIA ECF:** the above entitled document to be served electronically through the United States District Court, Central District of California, Western Division ECF website, addressed to all parties appearing on the Court's ECF service list. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

X     **FEDERAL**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 10, 2015, at Beaumont, Texas.

 */s/ Mark Sparks*
Mark Sparks